

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2017

No. 04-17-00277-CV

**IN THE INTEREST OF A.B., ET AL., CHILDREN,**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA00396
Angelica Jimenez, Judge Presiding

## O R D E R

On July 14, 2017, we abated this appeal to the trial court for appointment of new appellate counsel to represent appellant, who is indigent. We have received a supplemental clerk's record containing the trial court's order appointing counsel. It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. It is further ORDERED that the appellant's brief is due **within twenty (20) days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk